| PROB 22 (Rev 2/88) | TRANSFER OF JURISDICTION | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 6/5/18 | DOCKET NUMBER (Tran Court)<br>12-CR-871 |
|---|---|---|---|
| | | | DOCKET NUMBER (Rec Court)<br>1:18-CR-405 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT |
|---|---|
| Thomas Scott<br>588 Pennsylvania Avenue<br>York, PA 17404 | SOUTHERN DISTRICT OF NEW YORK |
| | NAME OF SENTENCING JUDGE |
| | Honorable Colleen McMahon, Chief U.S. District Judge |

| DATES OF PROBATION/SUPERVISED RELEASE | FROM<br>9/25/2014 | TO<br>9/24/2022 |
|---|---|---|

**OFFENSE**

Conspiracy to Distribute Heroin (2 counts), in violation of 21 USC 846; and Conspiracy to Commit Money Laundering, in violation of 18 USC 1956(a)(1)(B)(i).

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Pennsylvania upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

6/5/2018                                         _____
Date                                                United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

11-29-2018                                       _____
Effective Date                                      United States District Judge